UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LAWRENCE ALLEY, | No. C 11-1915 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Correctional Officer Q. GREENE, | |
| Defendant. | |

This action is dismissed because the claims asserted are by plaintiff are frivolous.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 28, 2011

_____
SUSAN ILLSTON
United States District Judge